July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER COLUMBUS, Appellant

NO. 14-16-00831-CV                    V.

FRONTIER CONTRACT SERVICES, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 23, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Christopher Columbus.

We further order this decision certified below for observance.